SYLVIA PALLAS, etc., Appellant, v. JOSEPH RATKOFF and Others, Respondents. — Judgments and order affirmed, with separate bills of costs. All concur, except

* Affd., 262 N. Y. 700.　† Affd., 263 N. Y. 516.　‡Revd., 263 N. Y. 320.

Crosby, J., who dissents and votes for reversal on the facts and for granting a new trial as to the defendant Oelheim only.

Louis Pallas, Appellant, v. Joseph Ratkoff and Others, Respondents.— Judgments and order affirmed, with separate bills of costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts and for granting a new trial as to the defendant Oelheim only.